UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ARIZONA DEPARTMENT OF<br>ECONOMIC SECURITY,<br><br>　　　　　　　　Defendant. | NO. C13-1138-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)　The Report and Recommendation is ADOPTED and APPROVED;

(2)　This action is DISMISSED with prejudice;

(3)　Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is DENIED as moot; and

(4)　The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 10th day of September, 2013.

　　　　　　　　　　　　　　　　　　　_/s/ Marsha J. Pechman_
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　Chief United States District Judge

ORDER OF DISMISSAL - 1